UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gregory Alan Gaylor</u>

        v.                      Civil No. 08-cv-284-JD

<u>NH State Prison, Warden, et al.</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 8, 2008.

SO ORDERED.

December 29, 2008                            <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                           Joseph A. DiClerico, Jr.
                                                           United States District Judge

cc:     Gregory Alan Gaylor, pro se
        Susan McGinnis, Esq.