UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Gregory Alan Gaylor

    v.                        Civil No. 08-284-JD

NH State Prison, Warden, et al.


PROCEDURAL ORDER

The petitioner has filed a motion requesting a certificate of appealability (document no. 16). The court declines to issue a certificate of appealability on the ground that the petitioner has failed to make a substantial showing of the denial of a constitutional right.

    SO ORDERED.


                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

March 9, 2009

cc:  Gregory Alan Gaylor, pro se
     Susan P. McGinnis, Esquire